**Order filed September 11, 2012**



In The

# Fourteenth Court of Appeals

## NO. 14-11-00573-CR

**REUBEN COLBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1264286**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #5.**

The clerk of the 232nd District Court is directed to deliver to the Clerk of this court the original of State's Exhibit #5, on or before **September 21, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #5, to the clerk of the 232nd District Court.

PER CURIAM